UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAMIAN POWELL, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 3:20-CV-01818 |
| vs. | JURY TRIAL DEMANDED |
| RVNU LLC, a California limited liability company, and MADRIVO MEDIA LLC, a Nevada Limited Liability Company, | FEBRUARY 19, 2021 |
| *Defendant*. _____/ | |

NOTICE OF DISMISSAL
AS TO DEFENDANT MADRIVO MEDIA LLC ONLY

Plaintiff, Damian Powell, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss Defendant Madrivo Media LLC as follows:

1. All claims of the Plaintiff, Damian Powell, individually, are hereby dismissed with prejudice as to Defendant Madrivo Media LLC.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice as to Defendant Madrivo Media LLC.

Respectfully Submitted,

By /s/ Garrett S. Flynn_____
Garrett S. Flynn (#ct22071)
Law Offices of Garrett S. Flynn, LLC
10 North Main Street, Suite 221
West Hartford, CT 06107
P: (860) 676-3148 F: (860) 674-0085
gsf@flynn-law.com

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

    I hereby certify that on February 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will generate notice of service to all appearing counsel and parties.

                                          /s/ Garrett S. Flynn