UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAMIAN POWELL, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 3:20-CV-01818 |
| vs. | **JURY TRIAL DEMANDED** |
| RVNU LLC, *et al.* | |
| *Defendant*. _____/ | APRIL 21, 2021 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Damian Powell, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Damian Powell, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Respectfully Submitted,

By: /s/ Garrett S. Flynn
Garrett S. Flynn (#ct22071)
Law Offices of Garrett S. Flynn, LLC
10 North Main Street, Suite 221
West Hartford, CT 06107
P: (860) 676-3148 F: (860) 674-0085
gsf@flynn-law.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                              /s/ Garrett S. Flynn

                              *Counsel for Plaintiff and the Class*